*pauperis* granted. Certiorari denied.

No. 94–801. ARIZONA *v.* BURKETT. Ct. App. Ariz. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 94–932. MICHIGAN *v.* CARUSO. Sup. Ct. Mich. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 94–909. PRINCZ *v.* FEDERAL REPUBLIC OF GERMANY. C. A. D. C. Cir. Motions of Individual Professors of International Law and Anti-Defamation League of B'nai B'rith et al. for leave to file briefs as *amici curiae* granted. Certiorari denied.

No. 94–946. FOREST GROVE, INC., ET AL. *v.* RESOLUTION TRUST CORPORATION, AS RECEIVER OF HILL FINANCIAL, S. A. C. A. 3d Cir. Motion of respondent to substitute RTC Mortgage Trust 1994–S5 in place of Resolution Trust Corporation, as Receiver for Hill Financial, S. A., granted. Certiorari denied.

No. 94–951. HALL ET AL. *v.* O'SULLIVAN ET AL. Ct. App. Cal., 2d App. Dist. Motion of California Justice Foundation for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 94–966. PRIMATE AND BISHOPS' SYNOD OF THE RUSSIAN ORTHODOX CHURCH OUTSIDE OF RUSSIA *v.* RUSSIAN ORTHODOX CHURCH OF THE HOLY RESURRECTION, INC., ET AL. Sup. Jud. Ct. Mass. Motion of James Andrews et al. for leave to file a brief as *amici curiae.* granted. Certiorari denied.

No. 94–986. CLAPP *v.* LEBOEUF, LAMB, LEIBY & MACRAE ET AL. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Motion of petitioner to defer consideration of petition for certiorari denied. Certiorari denied.

No. 93–9758. FERRAN ET AL. *v.* TOWN OF NASSAU, NEW YORK, ET AL., *ante*, p. 1014;

No. 94–22. WASHINGTON *v.* UNITED STATES, *ante*, p. 1014;

No. 94–280. GLEAVE *v.* UNITED STATES, *ante*, p. 1015;

No. 94–343. THANH VONG HOAI *v.* SUN REFINING & MARKETING CO., INC., *ante*, p. 947;

No. 94–362. ACEVEDO-VILLALOBOS ET AL. *v.* HERNANDEZ ET AL., *ante*, p. 1015;

No. 94–440. SETOLA ET AL. *v.* BOB SCHMIDT CHEVROLET, INC., ET AL., *ante*, p. 1016;

No. 94–441. MACKEY *v.* MOSS ET AL., *ante*, p. 1043;

No. 94–665. BROBST *v.* PENNSYLVANIA ET AL., *ante*, p. 1044;

No. 94–5062. YANKELEVICZ *v.* SHALALA, SECRETARY OF HEALTH AND HUMAN SERVICES, *ante*, p. 1020;

No. 94–5310. JERRY *v.* DOMOVICH, SUPERINTENDENT, PENNSYLVANIA STATE CORRECTIONAL INSTITUTION AT PITTSBURGH, ET AL., *ante*, p. 895;

No. 94–5380. LESTER *v.* JABE, WARDEN, *ante*, p. 1020;

No. 94–5986. MORRIS *v.* SCOTT, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, *ante*, p. 972;

No. 94–6009. LAVOLD *v.* CHANG ET AL., *ante*, p. 1021;

No. 94–6124. MEADE-STEPHENS *v.* SCHOOL DISTRICT OF THE CITY OF JERSEY CITY, HUDSON COUNTY, *ante*, p. 991;

No. 94–6259. WALLACE *v.* SMITH, WARDEN, ET AL., *ante*, p. 1023;

No. 94–6319. HIRATANI *v.* DEPARTMENT OF THE TREASURY ET AL., *ante*, p. 992;

No. 94–6345. HERRON-COLE *v.* JETER ET AL., *ante*, p. 1025;

No. 94–6351. JOHNSON *v.* EPPS, *ante*, p. 1025;

No. 94–6380. CARTER *v.* AMTRAK, *ante*, p. 1006;

No. 94–6381. SINAI *v.* NEW ENGLAND TELEPHONE & TELEGRAPH CO. ET AL., *ante*, p. 1025;

No. 94–6440. SMATHERS *v.* GREINER, *ante*, p. 1026; and

No. 94–6541. ECHOLS *v.* YUKON TELEPHONE CO., INC., ET AL., *ante*, p. 1048. Petitions for rehearing denied.

JANUARY 18, 1995

*Dismissals Under Rule 46*

No. 94–7054. MCCALL *v.* DELO, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari dismissed under this Court's Rule 46.